SKYLER LIMITED PARTNERSHIP *v.* S.P. DOUTHETT AND COMPANY, INC., ET AL.

The named defendant Alan Fishman's petition for certification for appeal from the Appellate Court, 18 Conn. App. 245, is denied.

*Robert L. Genuario,* in support of the petition.

*Frederic S. Ury,* in opposition.

Decided May 25, 1989

ANISE T. FARHOUD *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The defendant Bic Corporation's petition for certification for appeal from the Appellate Court is denied.

*George P. Birnbaum,* in support of the petition.

*Matthew D. Newman,* in opposition.

Decided June 6, 1989

ANISE T. FARHOUD *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The defendant Commission on Human Rights and Opportunities' petition for certification for appeal from the Appellate Court is denied.

*Philip A. Murphy, Jr.,* commission counsel, and *Charles Krich,* staff attorney, in support of the petition.

*Matthew D. Newman,* in opposition.

Decided June 6, 1989